UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


AMIE R. MULLINS,

       Plaintiff,                              Civil No. 09-6179-JE

       v.                                   ORDER

MICHAEL J. ASTRUE, Commissioner
of Social Security,

       Defendant.

_____

HAGGERTY, District Judge:

      Magistrate Judge Jelderks has issued a Findings and Recommendation [25] in this action.

The Magistrate Judge recommended that a judgment should be entered reversing the

Commissioner's decision and remanding this case for the payment of benefits.  No objections

were filed, and the case was referred to this court.

      The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of

Civil Procedure 72(b).  When no timely objection is filed, the court need only satisfy itself that

1 -- ORDER

there is no clear error on the face of the record in order to accept the recommendation of the

Magistrate.  *Campbell v. U.S. Dist. Ct.*, 501 F.2d 196 (9th Cir. 1974).

No clear error appears on the face of the record.  This court adopts the Findings and

Recommendation, and this case is remanded for an award of benefits.

**<u>CONCLUSION</u>**

The Findings and Recommendation [25] is adopted and the Commissioner's decision is

reversed and remanded for an award of benefits.

IT IS SO ORDERED.

DATED this __1__ day of November, 2010.


_____/s/ Ancer L. Haggerty_____
Ancer L. Haggerty
United States District Judge

2 -- ORDER